State v. Collymore; Bott v. Bott

STATE OF NORTH CAROLINA v. PHILLIP COLLYMORE

No. 754SC116

(Filed 16 April 1975)

APPEAL by defendant from *Fountain, Judge.* Judgment entered 9 September 1974 in Superior Court, ONSLOW County. Heard in the Court of Appeals 11 April 1975.

*Attroney General Edmisten, by Assistant Attorney General Myron C. Banks, for the State.*

*Edward G. Bailey, for defendant appellant.*

PARKER, VAUGHN and CLARK, Judges.

No error.

PATRICIA A. BOTT v. KENNETH F. BOTT, JR.

No. 7415DC986

(Filed 16 April 1975)

APPEAL by defendant from *Allen, Judge.* Judgment entered 11 July 1974 in District Court, ORANGE County. Heard in the Court of Appeals 12 February 1975.

*W. Paul Pulley, Jr., P.A., by W. Paul Pulley, Jr., and Elisabeth S. Petersen, for plaintiff appellee.*

*Winston, Coleman and Bernholz, by Barry T. Winston and Roger B. Bernholz, for defendant appellant.*

VAUGHN, MARTIN and ARNOLD, Judges.

Affirmed.